NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

RICOH COMPANY, LTD., RICOH AMERICAS CORPORATION, AND RICOH ELECTRONICS, INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee.*

and

OKI DATA CORPORATION AND
OKI DATA AMERICAS, INC.,
*Intervenors.*

---

2011-1236

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-690.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motion of Oki Data Corporation and Oki Data Americas, Inc. for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

APR 1 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly

Clerk

cc: John Allcock, Esq.
Daniel E. Valencia, Esq.
V. James Adduci, II, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 9 2011

JAN HORBALY
CLERK